# STATE OF MICHIGAN

# COURT OF APPEALS

*In re* ATTORNEY FEES OF JOHN W. UJLAKY

---

PEOPLE OF MICHIGAN,

        Plaintiff,

v

THEODORE ONTONIO PRICE,

        Defendant,

and

JOHN W. UJLAKY

        Appellant.

UNPUBLISHED
April 27, 2017

No.  331067
Berrien Circuit Court
LC No.  2013-004730-FC

---

Before:  BECKERING, P.J., and MARKEY and SHAPIRO, JJ.

SHAPIRO, J. (*dissenting*).

I respectfully dissent.  In *In re Attorney Fees of Ujlaky*, 498 Mich 890; 869 NW2d 624 (2015), the Supreme Court directed that when presented with a motion for extraordinary appellate attorney fees in excess of the county's maximum, the trial court is required to "either award the requested fees, or articulate on the record its basis for concluding that such fees are not reasonable."  In this case, while the trial court did award appellant some additional fees above the county's maximum, it did not award him the full amount of fees requested nor did it articulate in its opinion, or elsewhere in the record, its basis for concluding that the full amount of fees requested was not reasonable.  Therefore, I would remand this case to the trial court for it to either award appellant the full amount of fees requested or articulate on the record, its basis for concluding that the amount requested is not reasonable.

/s/ Douglas B. Shapiro

-1-